# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Hector Espana, Jr.<br>Jennifer Espana<br>Debtor(s) | )<br>)<br>) | Chapter 13<br>Case No. 19 B 15429<br>Judge Timothy A Barnes |

## Notice of Motion

Hector Espana, Jr.  
Jennifer Espana  
464 Haber Ct  
Northlake, IL 60164

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

On August 08, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, July 13, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 05/30/2019.

2. The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.

3. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

4. The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors

5. The debtor(s) have failed to provide required identification and or social security documentation.

6. The debtor(s) have failed to resolve the pending objection(s) to the plan.

7. The debtor(s) have failed to provide a Comparative Market Analysis to substantiate the value of the property listed on schedule A.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE